IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC D. SMITH                                                                            PLAINTIFF

v.                                   Case No. 6:19-cv-6043

153-CPL HEATH DICKSON                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 30, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Defendant's Motion for Judgment on the Pleadings (ECF No. 11) be granted because they are time-barred. Plaintiff has responded with objections. ECF No. 23. The Court finds this matter ripe for consideration.

The Court has reviewed Plaintiff's objections and finds that they lack the specificity to trigger *de novo* review by this Court.[1] Thus, the Court reviews the Report and Recommendation under a clearly erroneous standard of review. Upon review, the Court finds no clear error in the Report and Recommendation (ECF No. 22) and adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion for Judgment on the Pleadings (ECF No. 11) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of February, 2020.

                                                                   /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    Chief United States District Judge

---

[1] Plaintiff does not address Judge Bryant's Report and Recommendation. Rather, he asks the Court not to dismiss his case and states that he is sending the Court evidence supporting his case via mail. ECF No. 23.